UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

RAFAEL JAIME MERCADO, II,

     Plaintiff,

v.                                   Case No.: 8:24-cv-1838-LSG

COMMISSIONER OF SOCIAL
SECURITY,

     Defendant.
_____/

**ORDER**

The defendant moves unopposed, Doc. 14, to remand this action for further proceedings under sentence four of 42 U.S.C. § 405(g), which says that the reviewing court "shall have power to enter, upon the pleadings and transcript of the record, a judgment affirming, modifying, or reversing the decision of the Commissioner of Social Security, with or without remanding the cause for a rehearing." *See Shalala v. Schaefer*, 509 U.S. 292, 296 (1993). On remand, the Appeals Council will "take any further action needed to complete the administrative record and issue a new decision." Doc. 14. Accordingly, the unopposed motion, Doc. 14, is **GRANTED** and this action is **REMANDED** to the Commissioner under sentence four of 42 U.S.C. § 405(g) for further proceedings.

The Clerk is directed (1) to enter a judgment in favor of the plaintiff and against the defendant, (2) to terminate any pending motion, and (3) to close the case.

**ORDERED** on this 21st day of November, 2024.

LINDSAY S. GRIFFIN
United States Magistrate Judge